**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Edward STARGEN, Defendant–Appellant.**

**No. 02–7221.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 14, 2002.

Edward Stargen, Appellant Pro Se. Samuel Gerald Nazzaro, Jr., Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Edward Stargen seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and for the reasons stated by the district court find that Stargen has not made a substantial showing of the denial of a constitutional right. *See United States v. Stargen*, Nos. CR–99–30; CA–00–211–5 (N.D.W.Va. July 15, 2002). Accordingly, we deny a certificate of appealability and

dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*